_____

No. 96-1848
_____

Herbert E. Bundy,                       *
                                        *
          Appellant,                    *
                                        *  Appeal from the United States
     v.                                 *  District Court for the
                                        *  Southern District of Iowa.
Department of Housing and Urban         *
Development; Teresa Taylor,             *        [UNPUBLISHED]
                                        *
          Appellees.                    *

_____

          Submitted:  June 28, 1996

             Filed:  July 1, 1996
_____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
_____

PER CURIAM.


     Herbert E. Bundy appeals the decision of the District Court[1] denying
his Federal Rule of Civil Procedure 60(b) motion, in which he sought to
vacate the grant of summary judgment to the United States Department of
Housing and Urban Development.  Having reviewed the record and the parties'
briefs, we conclude the judgment of the District Court was correct.
Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

     [1]The Honorable Harold D. Vietor, United States District Judge
for the Southern District of Iowa.

A true copy.

Attest:

      CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.